Henry Lewis **ASTROP,** Plaintiff–
Appellant,

v.

**ECKERD CORPORATION;** Rite Aid
**Corporation,** Defendants–
Appellees.

**No. 10–1611.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 6, 2010.

Decided: Oct. 14, 2010.

Henry Lewis Astrop, Appellant Pro Se. Dannel Charles Duddy, William Tiller, Tiller Law Group, Richmond, Virginia, for Appellees.

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lewis Astrop appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Astrop v. Eckerd Corp.,* No. 3:09–cv–00681–RLW, 2010 WL 1779992 (E.D.Va. Apr. 29 & 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*